UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL FRANCIS MURRAY,<br><br>    Plaintiff,<br><br>     v.<br><br>HARLEY G. LAPPIN,<br><br>    Defendant. | Civil Action No. 09-00992<br>DAR |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order filed on this date, judgment is hereby entered in favor of Defendant with respect to all of Plaintiff's claims.

_____/s/_____
DEBORAH A. ROBINSON
United States Magistrate Judge